# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TRACY BILLY KENT

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 0098

OCTOBER 2, 2019

---

In Re:   Tracy Billy Kent, applying for rehearing, 19th
Judicial District Court, Parish of East Baton Rouge,
No. 656132.

---

BEFORE:   **CRAIN, THERIOT, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.** <u>See</u> Uniform Rules of
Louisiana Courts of Appeal, Rule 2-18.7.

**WJC**
**MRT**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT